B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
District of __Connecticut__

In re __Persistence Partners IV, LLC__         Case No. __16-51161__

          Debtor                                        Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of __11/8/16__ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Antares RECO LLC | 50% membership interest | |
| | | |
| | | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

3

B26 (Official Form 26) (12/08) -- Cont.                                                                                                          2

Date: 11/8/16

_____
Signature of Authorized Individual

Joseph Beninati
Name of Authorized Individual

Manager
Title of Authorized Individual

[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)

_____
Signature of Debtor

_____
Signature of Joint Debtor

4

B26 (Official Form 26) (12/08) – Cont.                                                        3

## Exhibit A
### Valuation Estimate for [Name of Entity]

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

See Exhibit One

5

# EXHIBIT ONE

Antares RECO ("RECO") is a holding company with a balanced portfolio of interests in private entities. RECO's valuable portfolio of holdings include a diverse collection of membership interests in real estate fees receivable, loan receivables, and equity interests. RECO also owns private equity positions in such industries as healthcare. Persistence Partners IV ("P4") owns 50% of RECO.

P4's 50% interests in RECO are valued at $66.8 million. The components of the $66.8 million of interests are:

**P4's Equity Agreements--Stamford Project via 50% of RECO:**

| | |
|---|---|
| P4's RECO 50%- Stamford Project Promote Interests | $42,187,500 |
| P4's RECO 50% Stamford Equity Interests | $17,641,970 |
| Delaware Claim Total | $59,829,470 |

**P4's Non-Stamford Project Holdings via 50% of RECO:**

| | |
|---|---|
| Loan Receivable Armonk Square Retail & Multi Family Development | $1,258,000 |
| Delamar Fee Receivable | $500,000 |
| Delamar Return of Equity Capital | $200,000 |
| Delamar As Held Profit based on appraisal | $2.700,000 |
| Seaview House- 100% net leased office to credit tenant cash flowing | $1,000,000 |
| Membership Equity interest in 90-acre land assemblage Las Vegas strip | $1,000,000 |
| Healthcare private equity fund, and other minor private equity investments | $500,000 |
| | $7,058,000 |

| | |
|---|---|
| P4's Value of 50% Interests in RECO | $66,887,470 |

**Other Assets:**

Adverse Claim vs. Mach and Muchnick

Basis of Valuation:

*Stamford Project:*

The Stamford Project's promote and equity interest values herein have been articulated in a claim to be filed in the Delaware Chancery Court. The basis for the valuation is detailed in the exhibits to the Delaware Claim. The valuation takes into consideration cost estimates of the Stamford Project provided by the CEO in May of 2016. Those costs estimates are then measured against value estimates of the Stamford Project based on reports to University Endowments, representations made to public bondholders in SEC disclosure documents, and recent sales made by the Stamford Project.

*Non Stamford Project:*

There are 5 separate and unaffiliated entities that comprise nearly 99% of the portion of the Non Stamford Project portfolio. They include interests in:

1. the Delamar Hotel in Greenwich CT;
2. the Armonk Square retail and multifamily site in Westchester Country, NY;
3. the 100,000-foot class A office building called Seaview House in Fairfield County CT;
4. the 90-acre land assemblage and RV park on Las Vegas Blvd. in Nevada; and,
5. the private equity investment in Ivy Healthcare, along with minor other private equity interest making up less than 1%.

The valuation of these interests is based on P4's management's experience in evaluating and measuring feedback from the managing members or executives that control and operate these 5 entities. P4's management's experience, as well as relationship with the controlling executives of these 5 entities, takes into account market comparable data, appraisals, if any, so as, to provide values herein, and in some cases, such as Armonk Square, to determine claim values being used in adversary proceedings.

4

B26 (Official Form 26) (12/08) – Cont.                                                                        4

**Exhibit B**
**Financial Statements for [Insert Name of Entity]**

See Exhibit one

B26 (Official Form 26) (12/08) – Cont.                                                                 5

**Exhibit B-1**
**Balance Sheet for [Name of Entity]**
As of [date]

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

This is not maintained in the ordinary course of business due to sporadic activity

B26 (Official Form 26) (12/08) – Cont.                                                                                 6

### Exhibit B-2
### Statement of Income (Loss) for [Name of Entity]
Period ending [date]

[Provide a statement of income (loss) for the following periods:

   (i) For the initial report:
      a. the period between the end of the preceding fiscal year and the end of the
         most recent six-month period of the current fiscal year; and
      b. the prior fiscal year.
   (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

This income statement is not maintained in the ordinary course of business by Antares Reco due to sporadic activity

10

B26 (Official Form 26) (12/08) – Cont.                                                                 7

**Exhibit B-3**
**Statement of Cash Flows for [Name of Entity]**
For the period ending [date]

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

    Indicate the source of this information.]

This cash flow statement is not maintained in the ordinary course of business due to sporadic activity

11

B26 (Official Form 26) (12/08) – Cont.                                                                                 8

## Exhibit B-4
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for [Name of Entity]**
period ending [date]

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

*This information is not maintained due to sporadic activity*

12

B26 (Official Form 26) (12/08) – Cont.                                                                 9

# Exhibit C
## Description of Operations for [name of entity]

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s). Indicate the source of this information.]

See Exhibit One

13